JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MILLAN, )<br><br>Petitioner, )<br><br>v. )<br><br>MARTIN D. BITER, Warden, )<br><br>Respondent. )<br>_____ ) | Case No. CV 10-9418-JFW (JEM)<br><br>**J U D G M E N T** |

  In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.


DATED:  August 11, 2011

                   _____
                     JOHN F. WALTER
                 UNITED STATES DISTRICT JUDGE